NATIONAL ROOFING CO. v. UNION PAC. R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. January 12, 1922.) No. 5734. In Error to the District Court of the United States for the District of Nebraska. Thomas J. Nolan and Frank H. Woodland, both of Omaha, Neb., for plaintiff in error. N. H. Loomis, C. A. Magaw, J. A. C. Kennedy, Yale C. Holland, George L. De Lacy, and Charles F. McLaughlin, all of Omaha, Neb., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiff in error, per stipulation; attorney fee waived.

---

NETHERLANDS AMERICAN STEAM NAVIGATION CO. v. MOODY. (Circuit Court of Appeals, Second Circuit. March 24, 1922.) No. 280. In Error to the District Court of the United States for the Southern District of New York. Action at law by Ellen Moody, administratrix, against the Netherlands American Steam Navigation Company. Judgment for plaintiff, and defendant brings error. Affirmed. B. C. Loder, of New York City (E. C. Sherwood and Clarence S. Zipp, both of New York City, of counsel), for plaintiff in error. Solomon Ullman, of New York City (Harold A. Medina and George M. Curtis, Jr., both of New York City, of counsel), for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

NEWMAN et al. v. DIAMOND T. MOTOR CAR CO. (Circuit Court of Appeals, Eighth Circuit. December 6, 1921.) No. 5995. Appeal from the District Court of the United States for the Eastern District of Missouri. F. M. Curlee and Charles M. Hay, both of St. Louis, Mo., for appellants. John S. Leahy and Walter H. Saunders, both of St. Louis, Mo., for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellants, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of appellee.

---

OSWALD v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 12, 1921.) No. 5806. In Error to the District Court of the United States for the Western District of Arkansas. John N. Cook and Pratt P. Bacon, both of Texarkana, Ark., for plaintiff in error. S. S. Langley, U. S. Atty., of Ft. Smith, Ark., for the United States.

PER CURIAM. Judgment reversed in part, and affirmed in part, and remanded, with directions to dismiss, etc., per stipulation of parties.